AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Robert E. Dowda, Jr.

V.

H & R Block, Inc. and H & R Block Financial Advisors, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv255-CSC

TO: (Name and address of Defendant)

H&R Block Tax Services, Inc.
The Corporation Company
2000 Interstate Park Drive, Ste. 204
Montgomery, AL  36108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

McCallum, Methvin & Terrell, P.C.
2201 Arlington Avenue South
Birmingham, Alabama 35205

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(By) DEPUTY CLERK

DATE 3/23/06

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Robert E. Dowda, Jr.

V.

H & R Block, Inc. and H & R Block Financial Advisors, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv255-CSC

TO: (Name and address of Defendant)

H&R Block Financial Advisors, Inc.
The Corporation Company
2000 Interstate Park Drive, Ste. 204
Montgomery, AL 36108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

McCallum, Methvin & Terrell, P.C.
James M. Terrell
2201 Arlington Avenue South
Birmingham, Alabama 35205

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  3/23/06