| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7160 3901 9848 8110 0398 | A. Received by (Please Print Clearly) / B. Date of Delivery 3-24-q<br>C. Signature X S. Slauson — ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br>06CV255 |
| 3. Service Type  CERTIFIED MAIL | |
| 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 1. Article Addressed to:<br><br>H&R Block Financial Advisors, Inc.<br>The Corporation Company<br>2000 Interstate Park Drive, Ste. 204<br>Montgomery, AL 36108 | |

PS Form 3811, July 2001    Domestic Return Receipt

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7160 3901 9848 8110 0381 | A. Received by (Please Print Clearly) / B. Date of Delivery 3-24-06<br>C. Signature X S. Slauson — ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br>06CV255 |
| 3. Service Type  CERTIFIED MAIL | |
| 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 1. Article Addressed to:<br><br>H&R BLOCK TAX SERVICES, INC.<br>The Corporation Company<br>2000 Interstate Park Drive, Ste. 204<br>Montgomery, AL 36109 | |

PS Form 3811, July 2001    Domestic Return Receipt