# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 30, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:  Dowda v. H&R Block Tax Services, Inc. et al

Civil Action No.  2:06-cv-00255-CSC

The above-styled case has been reassigned to Judge W. Harold Albritton.

Please note that the case number is now 2:06-cv-00255-WHA.   This new case number should be used on all future correspondence and pleadings in this action.