AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Robert E. Dowda, Jr.

V.

H & R Block, Inc., H & R Block Tax Services, Inc.
and H & R Block Financial Advisors, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  2;06-CV-00255-WHA

TO: (Name and address of Defendant)

H & R BLOCK, INC.
400 Main Street
Kansas City, Missouri 64111

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

McCallum, Methvin & Terrell, P.C.
2201 Arlington Avenue South
Birmingham, Alabama 35205

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                4/5/06
CLERK                                           DATE

/s/ Austin
(By) DEPUTY CLERK