IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT E. DOWDA, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:06cv255-WHA |
| | ) | |
| H&R BLOCK TAX SERVICES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of Defendants' Motion to Transfer Venue and Postpone Date to Answer or Otherwise Plead (Doc. #7), it is hereby ORDERED as follows:

1.  Plaintiff is given **until April 28, 2006**, to show cause, if any there be, why Defendants' Motion to Transfer Venue should not be granted.  Defendants are given **until May 8, 2006**, to reply, at which time the motion will be taken under submission for determination without oral argument.

2.  Defendants having represented to the court that the Plaintiff has agreed to the requested extension of time to file responsive pleadings, Defendants' Motion to Postpone is GRANTED, and the date for Defendants to file their Answers or other responsive pleadings is postponed until set by later order of the court.

DONE this 18th day of April, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE