**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    H & R Block, Inc.
    400 Main Street
    Kansas City, Missouri 64111

2. Article Number
   (Transfer from service label)

   7005 1820 0007 5268 2339

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): DAUL [illegible]

C. Date of Delivery: 4/11/06

D. Is delivery address different from item 1? ☐ Yes  ☑ No
   If YES, enter delivery address below:

   D 6cv255
   S+C

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes