# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT E. DOWDA, JR.,** | ) | |
| **individually and on behalf of all** | ) | |
| **similarly situated individuals,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.:  2:06-CV-00255-WHA-CSC** |
| | ) | |
| **H&R BLOCK, INC., H&R BLOCK** | ) | |
| **TAX SERVICES, INC. and H&R** | ) | |
| **BLOCK FINANCIAL ADVISORS,** | ) | |
| **INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## MOTION TO ADMIT PRO HAC VICE

**COMES NOW** Wilson F. Green, a member of the United States District Court for the Middle District of Alabama, and moves this Court, pursuant to Rule 83.1(b) of the Local Rules of this Court, to enter an Order admitting Anton R. Valukas, Matthew M. Neumeier, Richard P. Steinken, and Molly J. Moran, of the law firm Jenner & Block LLP, One IBM Plaza, Chicago, IL 60611, Telephone: (312) 222-9350, *pro hac vice* to practice before this Court in the above-styled case.  Counsel will represent Defendants H&R Block, Inc., H&R Block Tax Services, Inc., and H&R Block Financial Advisors, Inc.  Movant states that counsel are members in good standing of the United States District Court for the Northern District of Illinois, in which they reside and regularly practice law.  Attached hereto are Certificates of Good Standing for Anton R. Valukas, Matthew M. Neumeier, Richard P. Steinken, and Molly J. Moran issued by the United States District Court for the Northern District of Illinois.  The prescribed *pro hac vice* admission fee of $20 per attorney will be tendered to the Clerk.

**WHEREFORE,** Wilson F. Green respectfully requests that this Court admit Anton R. Valukas, Matthew M. Neumeier, Richard P. Steinken, and Molly J. Moran, *pro hac vice*, to represent Defendants H&R Block, Inc., H&R Block Tax Services, Inc., and H&R Block Financial Advisors, Inc.

Respectfully submitted,

/s/Wilson F. Green
Wilson F. Green (ASB-8293-E61W)
Robert E. Battle (ASB-7807-T67R)

Attorneys for Defendants
H&R BLOCK, INC., H&R BLOCK TAX SERVICES, INC., and H&R BLOCK FINANCIAL ADVISORS, INC.

**OF COUNSEL:**

**BATTLE FLEENOR GREEN
   WINN & CLEMMER LLP**
The Financial Center
505 North 20th Street
Suite 1150
Birmingham, Alabama 35203
Telephone: (205) 397-8160
Fax: (205) 397-8179
Email:  wgreen@bfgwc.com
          rbattle@bfgwc.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the foregoing has been served on the following counsel of record by electronically filing with the Clerk of the Court using the CM/ECF system and/or placing same in the United States mail, postage prepaid, on this the 20th day of April as follows:

Robert G. Methvin, Jr.
James M. Terrell
McCallum, Methvin & Terrell, P.C.
2201 Arlington Avenue South
Birmingham, AL 35205

/s/ Wilson F. Green_____
OF COUNSEL