# CERTIFICATE OF GOOD STANDING



*United States of America*

} ss. Matthew M. Neumeier

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Matthew M. Neumeier was dully admitted to practice in said Court on (06/28/1991) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (04/20/2006 )

Michael W. Dobbins, Clerk,

By: Liri Isufi
Deputy Clerk