IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT E. DOWDA, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv255-WHA |
| | ) |
| H&R BLOCK, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Motion to Admit Pro Hac Vice (Doc. #11), filed on behalf of Anton R. Valukas, Matthew M. Neumeier, Richard P. Steinken, and Molly J. Moran on April 20 , 2006, and it appearing that Anton R. Valukas, Matthew M. Neumeier, Richard P. Steinken and Molly J. Moran are members in good standing of the United States District Court for the Northern District of Illinois, it is ORDERED that the motion be and the same is hereby **GRANTED**.

DONE this 25th day of April, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE