IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT E. DOWDA, JR., individually and on behalf of all similarly situated individuals; | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No.: 2:06-CV-00255-WHA ) |
| H&R BLOCK, INC., H&R BLOCK TAX SERVICES, INC. and H&R BLOCK FINANCIAL ADVISORS, INC. | ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO TRANSFER VENUE AND POSTPONE DATE TO ANSWER OR OTHERWISE PLEAD**

COMES NOW the Plaintiff, Robert E. Dowda, Jr., and files this Response to Defendants' Motion to Transfer Venue and Postpone Date to Answer or Otherwise Plead:

1. Plaintiff does not oppose Defendants' motion and hereby consents to the transfer of this action to the United States District Court for the Western District of Missouri. On this date, Plaintiff's counsel conferred with Counsel for Defendants, and Defendants will submit a proposed Consent Order to the Court granting the motion and transferring this action on or before May 5, 2006.

Respectfully submitted,

/s/ James M. Terrell
Robert G. Methvin, Jr.
James M. Terrell

Attorneys for Plaintiff

**OF COUNSEL:**
McCallum, Methvin & Terrell, P.C.
The Highland Building
2201 Arlington Avenue South
Birmingham, Alabama 35205
Phone: (205) 939-0199
Fax: (205) 939-0399
Email: rgm@mmlaw.net
Email: jterrell@mmlaw.net

## CERTIFICATE OF SERVICE

     I hereby certify that on April 28, 2006, I electronically filed the foregoing with the Clerk of the United States District Court, Middle District of Alabama using the CM/ECF system, which will send notification of such filing to the following:

Robert E. Battle
Wilson F. Green
The Financial Center, Suite 1150
505 North 20th Street
Birmingham, AL  35203


          /s/ James M. Terrell
          OF COUNSEL