IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT E. DOWDA, JR.,<br>individually and on behalf of all<br>similarly situated individuals;<br><br>      Plaintiff,<br><br>v.<br><br>H&R BLOCK, INC., H&R BLOCK<br>TAX SERVICES, INC. and H&R<br>BLOCK FINANCIAL ADVISORS, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 2:06-CV-00255-WHA<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The Court, having considered Defendants' Motion for Transfer Venue and Postpone Date to Answer or Otherwise Plead, and the Response to same, is of the opinion that the motion should be granted. Therefore, it is ORDERED that the Motion to Transfer is GRANTED. The Clerk of the Court shall transfer this case to the United States District Court for the Western District of Missouri, Western Division.

DONE and ORDERED this ___ day of May, 2006.

/s/ Harold Albritton
W. HAROLD ALBRITTON
SENIOR U. S. DISTRICT JUDGE