■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk of Court
U.S. District Ct.
Western District of
Missouri, Western Div.
400 East Ninth St.
Kansas City, MO 64106

A. Signature
X  [signature]          ☐ Agent
                        ☐ Addressee

B. Received by ( Printed Name )
D. Hanser

C. Date of Delivery
5/15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

06cv 255 TRANSfered case

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 2510 0001 0150 3449

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540